**Electronically Filed
Supreme Court
SCWC-19-0000666
15-FEB-2023
10:32 AM
Dkt. 19 ODAC**

SCWC-19-0000666

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

LAMA LAUVAO,
Respondent/Defendant-Appellant, and
WESLEY SAMOA; NATISHA TAUTALATASI,
Respondents/Defendants-Appellees.
(CAAP-19-0000666)

———————————————————————————————————————

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

NATISHA TAUTALATASI,
Respondent/Defendant-Appellant, and
WESLEY SAMOA; LAMA LAUVAO,
Respondents/Defendants-Appellees.
(CAAP-19-0000689)

———————————————————————————————————————

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

WESLEY SAMOA,
Respondent/Defendant-Appellant, and
LAMA LAUVAO; NATISHA TAUTALATASI,
Respondents/Defendants-Appellees.
(CAAP-19-0000692)

———————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000666, CAAP-19-0000689 and CAAP-19-0000692;
Case No. 3CPC-18-000724)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Wilson, and Eddins, JJ.,
and Nakayama, J., dissenting, with whom Recktenwald, C.J., joins)

Petitioner/Plaintiff-Appellee, State of Hawaiʻi's

Application for Writ of Certiorari, filed on January 5, 2023, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, February 15, 2023.

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd. W. Eddins

